[No. 14039-0-II.  Division Two.  December 15, 1993.]

ALEXANDER G. McLAREN, *Appellant*, v. KAY HARLAN, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 89-2-00646-0, Thomas A. Swayze, Jr., J., entered May 29, 1990. *Affirmed in part* and *reversed in part* by unpublished opinion per Petrich, J. Pro Tem., concurred in by Alexander, C.J., and Morgan, J.

[No. 14657-6-II.  Division Two.  December 15, 1993.]

BUSINESS RESEARCH & ANALYSIS, INC., *Appellant*, v. ALLAN F. LYMAN II, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 87-2-00640-1, William E. Howard, J., entered December 28, 1990. *Affirmed* by unpublished opinion per Petrich, J. Pro Tem., concurred in by Alexander, C.J., and Morgan, J.

[Nos. 14640-1-II; 15081-6-II.  Division Two.  December 15, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. KIM EDWARD SMITH, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. DEBRA EVON KITTS, *Appellant*.

Appeals from judgments of the Superior Court for Clallam County, Nos. 90-1-00089-2, 90-1-00088-4, Grant S. Meiner, J., entered January 22, 1991. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Petrich, J. Pro Tem., concurred in by Alexander, C.J., and Morgan, J.